

April 13, 2023

Hon. Mark W. Pedersen
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614          via Email

Re:   *United States v. Timothy Siverd*
      22-mj-00689-1

Your Honor:

As you know, the next court date in this case is Tuesday, April 18, 2023 at 9:30 a.m.

I would respectfully request that this status appearance be adjourned for a period of 60 days to permit Mr. Siverd and I a sufficient opportunity to review the discovery provided. I would further request that this period be excluded from any speedy trial calculation. AUSA McGuire has indicated that she has no opposition to this request.

Sincerely,

Easton Thompson Kasperek Shiffrin LLP

Donald M. Thompson

DMT:vp
xc:   AUSA Meghan K. McGuire
      Mr. Timothy Siverd

Partners
William T. Easton
Donald M. Thompson
Lawrence L. Kasperek
Brian Shiffrin
Rhian D. Jones
David M. Abbatoy

Associate
Yousef N. Taha

Office Manager
Sara Buchiere

The Powers Building
16 West Main Street
Suite 243
Rochester, New York
14614

OFFICE   (585) 423.8290
FAX      (585) 423.0890

www.etksdefense.com

Easton Thompson Kasperek Shiffrin LLP