

June 6, 2023

Hon. Mark W. Pedersen
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

    Re:   *United States v. Timothy Siverd*
           22-mj-00689-1

Your Honor:

As you know, the next court date in this case is Tuesday, June 20, 2023 at 9:30 a.m. Judge Arcara has scheduled an in-person status appearance in Buffalo in a case where I represent one of nine codefendants for June 20, 2023 at 9:00 a.m.

Therefore, I would respectfully request that this status appearance be adjourned. I would further request that any period of adjournment be excluded from any speedy trial calculation. AUSA McGuire has indicated that she has no opposition to this request.

                Sincerely,

                Easton Thompson Kasperek Shiffrin LLP

                Donald M. Thompson

DMT:vp
xc:   AUSA Meghan K. McGuire
       Mr. Timothy Siverd

Partners
William T. Easton
Donald M. Thompson
Lawrence L. Kasperek
Brian Shiffrin
Rhian D. Jones
David M. Abbatoy

Associate
Yousef N. Taha

Office Manager
Sara Buchiere

The Powers Building
16 West Main Street
Suite 243
Rochester, New York
14614

OFFICE  (585) 423.8290
FAX      (585) 423.0890

www.etksdefense.com

Easton Thompson Kasperek Shiffrin LLP