IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                                          22-MJ-689-MJP
                                                                             24-CR-6043-CJS
TIMOTHY SIVERD,

                Defendant.
_____

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the affirmation of Assistant United States Attorney Nicholas M. Testani, filed under seal, the undersigned will move this Court before the Honorable Charles J. Siragusa, United States District Judge, in Rochester, New York, on April 29, 2024 at 10:15 a.m., for an Order sealing portions of a plea-related document in this case, and for such other relief as may be proper.

Dated:   Rochester, New York
         April 25, 2024

                                    Respectfully submitted,

                                    TRINI E. ROSS
                                    United States Attorney

               By:    s/NICHOLAS M. TESTANI
                     Assistant United States Attorney
                     Western District of New York
                     500 Federal Courthouse
                     100 State Street
                     Rochester, New York 14614
                     585/399-3986
                     Nicholas.Testani@usdoj.gov